UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

KEVIN GREEN, JULIAN PEREZ, and
NICK CIECHALSKI

       Plaintiffs,

  v.                Civil No. 23-cv-1166LJV(F)

CITY OF BUFFALO,
BATTALION CHIEF RONALD K. BOURGEOIS,
COMMISSIONER WILLIAM RENALDO, DEPUTY
COMMISSIONER RAMO SUAREZ and
MAYOR BYRON BROWN

       Defendants.

---

### DECLARATION OF JOSHUA B. LEVITT

  Joshua B. Levitt, under penalty of perjury and pursuant to 28 U.S.C. § 1746,

declares the following to be true and correct:

  1.  I am an attorney with Hodgson Russ LLP, counsel for Defendants City of

Buffalo, Battalion Chief Ronald K. Bourgeois, Commissioner William Renaldo, Deputy

Commissioner Ramon Suarez (improperly sued here as "Ramo Suarez"), and Mayor Byron

Brown, (collectively "Defendants").  I am fully familiar with the facts, circumstances, pleadings

and proceedings in the above referenced matter.

  2.  I submit this Declaration in response to Plaintiffs' motion to amend their

complaint, only to advise that Defendants do not oppose Plaintiffs' motion to file the proposed

Amended Complaint.

Dated:  March 29, 2024

          /s/ Joshua B. Levitt
           Joshua B. Levitt