UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KEVIN GREEN, JULIAN PEREZ,
NICK CIECHALSKI,

                                        Case No. 23-CV-01166 LJV (F)

                              Plaintiffs,

        v.


CITY OF BUFFALO,
BATTALION CHIEF RONALD K. BOURGEOIS,
COMMISSIONER WILLIAM RENALDO,
DEPUTY COMMISSION RAMO SUAREZ,
And MAYOR BRYON BROWN

                              Defendants.


## <u>NOTICE OF MOTION</u>

| | |
|---|---|
| Nature of Action: | Alleged employment discrimination |
| Moving Party: | Defendants |
| Directed To: | Plaintiff Nick Ciechalski |
| Date and Time: | At a date and time to be determined by the Court. |
| Place: | Hon. Lawrence J. Vilardo, Robert H. Jackson United States Courthouse, 2 Niagara Square Buffalo, New York 14202 |
| Supporting Papers: | Memorandum of Law; Attorney Declaration of Joshua B. Levitt with Exhibits 1-27 |
| Answering Papers: | Absent a scheduling order, under WDNY Local Rule 7(b)(2)(B), Plaintiff is required to file and serve responding papers, if any, fourteen (14) days after service of this motion. Defendant intends to file and serve reply papers. |
| Relief Requested: | Dismissal of Plaintiff Nick Ciechalski's claims |
| Grounds for Relief: | Fed. R. Civ. P. 37 and 41; additional authority cited in |

- 2 -

Defendants' Memorandum of Law.

Oral Argument:                    Requested.


Dated:        February 21, 2025

                                        **HODGSON RUSS LLP**
                                        *Attorneys for Defendants*
                                        By:   s/Joshua B. Levitt
                                                Adam W. Perry, Esq.
                                                Joshua Feinstein, Esq.
                                                Joshua B. Levitt, Esq.
                                        The Guaranty Building
                                        140 Pearl Street
                                        Buffalo, NY  14202
                                        716.856.4000
                                        *aperry@hodgsonruss.com*
                                        *jfeinste@hodgsonruss.com*
                                        *jlevitt@hodgsonruss.com*


**TO:**      **TIVERON LAW PLLC**
             *Attorneys for Plaintiff*
             Steven M. Cohen, Esq.
             2410 N. Forest Road, #301
             Getzville, New York 14068
             716.636.7600
             scohen@tiveronlaw.com

66596628v1