UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————

KEVIN GREEN, JULIAN PEREZ and       **ATTORNEY DECLARATION**
NICK CIECHALSKI,

                     Plaintiffs,

                                                    Civ. No.: 23-CV-01166

v.

CITY OF BUFFALO,
BATTALION CHIEF RONALD K. BOURGEOIS,
COMMISSIONER WILLIAM RENALDO,
DEPUTY COMMISSIONER RAMO SUAREZ,
and MAYOR BYRON BROWN
                     Defendant.

———————————————————————

    Steven M. Cohen, Esq., an attorney duly licensed to practice in the United States District Court for the Western District of New York makes the following Declaration under penalties of perjury:

1. I am an attorney with the law firm of Tiveron Law, PLLC, attorneys for Plaintiffs herein.

2. This Declaration is submitted in response to Defendants' Motion to Dismiss filed in this action (Dkt. 28).

3. As detailed in my Declaration of March 14, 2025 (Dkt. 30), my office has been attempting to communicate with Plaintiff Nick Ciechalski regarding this action for quite some time and all of our efforts have gone unanswered.

4. Having no communication from our client, it is impossible to file a response to Defendants' Motion to Dismiss in this action.

5. Due to the breakdown in the attorney-client relationship stemming from the lack of communication, our office filed a Motion to Withdraw as counsel for plaintiff Nick Ciechalski (Dkt. 30).

{H4025786.1}　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

**Tiveron Law, PLLC**
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.tiveronlaw.com

6. That motion is currently pending before the Court. Until a decision is issued on the motion to withdraw, my office must continue to protect the interests of Plaintiff Nick Ciechalski to the best of our abilities.

7. It is respectfully submitted that this office is not in a position to be able to respond to Defendants' Motion to Dismiss without any communication from our client.

8. It respectfully requested that the Defendants' Motion to Dismiss be stayed until my office's Motion to Withdraw is decided.

**WHEREFORE,** it is respectfully requested that this Court issue an Order staying the Defendants' Motion to Dismiss until the motion by Tiveron Law, PLLC to withdraw as attorney of record for Plaintiff Nick Ciechalski is decided.

Dated: March 17, 2025
       Amherst, New York

          */s/Steven M. Cohen, Esq.*
          Steven M. Cohen, Esq.
          TIVERON LAW, PLLC
          *Attorneys for Plaintiff*
          2410 North Forest Road, Suite 301
          Amherst, New York 14068
          Telephone: (716) 636-7600